CR 12 (Rev. 5/03)

# WARRANT FOR ARREST

| United States District Court | DISTRICT<br>SOUTHERN DISTRICT OF NEW YORK | |
|---|---|---|
| UNITED STATES OF AMERICA<br>v.<br>QIU XING GUO, a/k/a/ "Yi Guo" | DOCKET NO / MAGISTRATE'S CASE NO<br>**04CRIM. 1205** | |
| | NAME AND ADDRESS OF INDIVIDUAL TO BE ARRESTED<br>QIU XING GUO | |
| WARRANT ISSUED ON THE BASIS OF:   ☐ Order of Court<br>☒ Indictment   ☐ Information   ☐ Complaint | DISTRICT OF ARREST | |
| TO: UNITED STATES MARSHAL OR ANY OTHER AUTHORIZED OFFICER | CITY | |

YOU ARE HEREBY COMMANDED to arrest the above-named person and bring that person before the United States District Court to answer to the charge(s) listed below.

### DESCRIPTION OF CHARGES

Conspiracy, Illegal Gambling

*[Stamp: U.S. DISTRICT COURT FILED NOV 10 2004 S.D. OF N.Y.]*

| IN VIOLATION OF | UNITED STATES CODE TITLE<br>Title 18 | SECTION<br>§§ 371, 1955 |
|---|---|---|

| | BAIL | OTHER CONDITIONS OF RELEASE | |
|---|---|---|---|
| ORDERED BY<br>Honorable Kevin Nathaniel Fox | | SIGNATURE (FEDERAL JUDGE/U.S. MAGISTRATE)<br>*/s/ Kevin N. Fox* | DATE ORDERED<br>November 10, 2004 |
| CLERK OF COURT | | (BY) DEPUTY CLERK | DATE ISSUED |

### RETURN

This warrant was received and executed with the arrest of the above-named person.

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE EXECUTED | | |

Note: The arresting officer is directed to serve the attached copy of the charge on the defendant at the time this warrant is executed.